| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Harley-Davidson Credit Corp.* |
|---|

Order Filed on June 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Kevin J. O'Connor

Debtor.

Chapter: 13

Case No.: 21-13811-MBK

Hearing Date: July 7, 2021

Chief Judge Michael B. Kaplan

## CONSENT ORDER RESOLVING LIMITED
## OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 22, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Kevin J. O'Connor
Case No.: 21-13811-MBK
Caption of Order: **CONSENT ORDER RESOLVING LIMITED OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Limited Objection to Confirmation of Plan ("Objection") filed by Harley-Davidson Credit Corp. ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. The Debtor shall surrender the following vehicle to Creditor: 2015 Harley-Davidson FLSTN Softail Deluxe; VIN: 1HD1JDV14FB032097 ("Vehicle").

2. The automatic stay provided under 11 U.S.C. §362(a) is terminated *in rem* as to Creditor's interest in the Vehicle.

3. Creditor has complete relief to take any and all steps necessary to exercise any and all rights it may have in the Vehicle.

**STIPULATED AND AGREED**:

_____
Monika Mazurczyk, Esq.
Tomes Law Firm
1 West Main St., Third Floor
Freehold, NJ 07728
*Counsel for Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*