Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−13811−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kevin J. O'Connor
  125 Sunny Brook Drive
  Freehold, NJ 07728

Social Security No.:
  xxx−xx−7814

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2021.

On November 1, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           December 8, 2021
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 2, 2021
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-13811-MBK

Kevin J. O'Connor  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4

Date Rcvd: Nov 02, 2021      Form ID: 185      Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin J. O'Connor, 125 Sunny Brook Drive, Freehold, NJ 07728-2929 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| cr | + | Lincoln Automotive Financial Services, servicer fo, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519253133 | + | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 519233860 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519205846 | + | Amex, Correspondence/Bankrutpcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519205848 | + | Barclays Bank DE, attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519233283 | + | Centrastate Medical Center, 901 West Main Street, Freehold, NJ 07728-2549 |
| 519205855 | + | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 519205857 | + | DSRM Nat Bank/Valero, Attn: Bankrutpcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 519205858 | + | First Bank and Trust, PO Box 878, Perry, OK 73077-0878 |
| 519205859 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519205860 | + | First Savings Bank, Attn: Bankruptcy, PPO Box 5019, Sioux Falls, SD 57117-5019 |
| 519205861 | + | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 519213273 | + | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519228760 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 519205865 | | Lincoln Automotive Fin, PO Box 650574, Dallas, TX 75265-0574 |
| 519207244 | | Lincoln Automotive Financial Services, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 519205866 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519205867 | + | Mariner Finance LLC, c/o Law Office of William E. Brewer, 1217 S Shore Road, Suite 201, PO Box 1001, Marmora, NJ 08223-5001 |
| 519205868 | + | Mariner Finance LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519233284 | + | Princeton Radiology, PO Box 956, Evansville, IN 47706-0956 |
| 519205875 | + | Quicken Loans / Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519225982 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519233285 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 519205877 | + | State of NJ Div of Tax, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205878 | + | State of NJ Div of Tax, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205879 | + | Syncb/BP/PLCC, Attn: Bankruptcy, Orlando, FL 32896-0001 |
| 519205882 | + | USAA Fedl Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519205883 | + | Wells Fargo Bank, 1 Home Campus MAC X2303-01A, 3rd floor, Des Moines, IA 50328-0001 |
| 519212594 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519205847 | + | Email/Text: bk@avant.com | Nov 02 2021 20:30:00 | Avant, 222 North LaSalle, Suite 1700, Chicago, IL 60601-1101 |
| 519205851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 20:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-13811-MBK    Doc 51    Filed 11/04/21    Entered 11/05/21 00:12:23    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 185 | Total Noticed: 71 |

| Recip ID | | Email/Address | Date/Time | Recipient |
|---|---|---|---|---|
| 519205850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 20:32:08 | Capital One, Attn: Bankrutpcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519205852 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 02 2021 20:32:10 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519208812 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2021 20:32:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519216782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2021 20:32:09 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519213345 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2021 20:32:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519215285 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2021 20:32:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519205853 | + | Email/Text: bk.notifications@jpmchase.com | Nov 02 2021 20:30:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519205854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 20:32:17 | Citibank, Citicorp Credit, Srvs/Centralized BK Dept, POB 790034, Saint Louis, MO 63179-0034 |
| 519205856 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 20:32:10 | Credit One Bank, Attn: Bankruptcy Dept, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519258262 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2021 20:30:00 | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519205862 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2021 20:30:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519265896 | + | Email/Text: bankruptcytn@wakeassoc.com | Nov 02 2021 20:29:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield and Associates, Inc., P. O. Box 51272, Knoxville, TN 37950-1272 |
| 519205863 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 02 2021 20:30:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 519205864 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2021 20:30:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 519223383 | | Email/Text: bk.notifications@jpmchase.com | Nov 02 2021 20:30:00 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519228610 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 20:32:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519240524 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2021 20:32:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519205869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2021 20:32:02 | Merrick Bank / Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519230995 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 20:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519205870 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 02 2021 20:30:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519208677 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 02 2021 20:30:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519205871 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2021 20:32:08 | OLLO Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 519205872 | + | Email/PDF: cbp@onemainfinancial.com | Nov 02 2021 20:32:15 | OneMain Financial, Attn: Bankruptcy, POB 3251, Evansville, IN 47731-3251 |
| 519208421 | + | Email/PDF: cbp@onemainfinancial.com | Nov 02 2021 20:32:08 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

Case 21-13811-MBK   Doc 51   Filed 11/04/21   Entered 11/05/21 00:12:23   Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 185 | Total Noticed: 71 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519205849 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2021 20:29:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296 |
| 519233464 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2021 20:29:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519205873 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2021 20:29:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 519246894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 20:32:16 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519246363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 20:32:16 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519257451 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2021 20:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519205874 | + | Email/Text: bankruptcy@prosper.com | Nov 02 2021 20:30:00 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519205876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 20:32:11 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 519205878 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 02 2021 20:29:00 | State of NJ Div of Tax, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205877 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 02 2021 20:29:00 | State of NJ Div of Tax, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205880 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 20:32:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 96504, Orlando, FL 32896-0001 |
| 519206443 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 20:32:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519205881 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 02 2021 20:30:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519253608 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2021 20:32:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519233861 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519233862 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519258263 | *+ | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519233286 | *+ | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: 185 | Total Noticed: 71 |

Date: Nov 04, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Lincoln Automotive Financial Services  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Monika Mazurczyk | on behalf of Debtor Kevin J. O'Connor monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;sarahc@tomeslawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6