UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys Lincoln Automotive Financial Services, servicer for CAB EAST LLC

**Order Filed on May 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KEVIN J. O'CONNOR

Case No.: 21-13811(MBK)

Adv. No.:

Hearing Date: 10-13-2021

Judge: MBK

## ORDER PROVIDING FOR LEASE ASSUMPTION, MONTHLY PAYMENTS, INSURANCE AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 10, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Kevin J. O'Connor
21-13811(MBK)
Order Providing Lease Assumption, Monthly Payments, Insurance and
Stay relief under certain circumstances
Page 2

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq, attorney for Lincoln Automotive Financial Services, servicer for CAB EAST LLC, and this order have been submitted to the court under the seven day rule with no objections received as to the form or entry of same, and for good cause shown;

IT IS ON THIS      DAY OF       , 2022, ORDERED:

1. That Lincoln Automotive Financial Services is the servicer for CAB EAST LLC, the owner and lessor of 2019 LINCOLN MKZ bearing serial number 3LN6L5D95KR634359, which vehicle has been leased by the debtor. The debtor has assumed this lease.  Having assumed the lease, the debtor shall abide by all terms, covenants and conditions of the lease.

2. The debtor shall pay all lease payments directly to Lincoln Automotive Financial Services when those payments fall due, being the first day of each month.  In the event the debtor fails to make any lease payment for a period of 30 days after it falls due, Lincoln Automotive Financial Services shall receive stay relief by filing and serving upon the debtor and his attorney, a certification of nonpayment.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease.  In the event of a lapse of insurance for any period of time without intervening coverage, Lincoln Automotive Financial Services shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor.

4. At the conclusion of the lease, the debtor shall either immediately purchase the vehicle or surrender it. If the debtor fails to purchase the vehicle, Lincoln Automotive Financial Services shall be permitted to immediately repossess and sell same in accordance with the terms of the lease without any application to this court.  This paragraph shall be self executing in nature.

5. The debtor shall pay to Lincoln Automotive Financial, through the plan, a counsel fee of $325.00.

United States Bankruptcy Court

District of New Jersey

In re:  
Kevin J. O'Connor  
    Debtor

Case No. 21-13811-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 10, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin J. O'Connor, 125 Sunny Brook Drive, Freehold, NJ 07728-2929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Lincoln Automotive Financial Services servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Monika Mazurczyk | on behalf of Debtor Kevin J. O'Connor monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;sarahc@tomeslawfirm.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 10, 2022 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6