UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Kevin J. O'Connor | Case No.: __21-13811__<br>Chapter: __13__<br>Judge: __Michael B. Kaplan__ |

## NOTICE OF PROPOSED PRIVATE SALE

__Debtor, Kevin J. O'Connor__, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __October 9, 2024__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
125 Sunnybrook Drive
Freehold, NJ 07728

Proposed Purchaser:
Joel Alcala and Crystal Perez

Sale price:
$800,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Nexthome | RE/MAX Central | Hanlon Niemann & Wright |
|---|---|---|---|
| Amount to be paid: | $16,200.00 | $15,800.00 | $1,800.00 |
| Services rendered: | Realtor | Realtor | Real Estate Attorney |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Frances A. Tomes, Esq.

Address: 17 Broad Street, Suite 3, Freehold, NJ 07728

Telephone No.: 732-333-0681

*rev.8/1/15*