UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Kevin J. O'Connor | Case No.: 21-13811<br>Chapter: 13<br>Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

___Debtor, Kevin J. O'Connor___, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __October 9, 2024__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
125 Sunnybrook Drive
Freehold, NJ 07728

Proposed Purchaser:
Joel Alcala and Crystal Perez

Sale price:
$800,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Nexthome | RE/MAX Central | Hanlon Niemann & Wright |
|---|---|---|---|
| Amount to be paid: | $16,200.00 | $15,800.00 | $1,800.00 |
| Services rendered: | Realtor | Realtor | Real Estate Attorney |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Frances A. Tomes, Esq. |
| Address: | 17 Broad Street, Suite 3, Freehold, NJ 07728 |
| Telephone No.: | 732-333-0681 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-13811-MBK
Kevin J. O'Connor  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 5
Date Rcvd: Sep 10, 2024 | Form ID: pdf905 | Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin J. O'Connor, 125 Sunny Brook Drive, Freehold, NJ 07728-2929 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| cr | #+ | Lincoln Automotive Financial Services, servicer fo, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519233283 | + | Centrastate Medical Center, 901 West Main Street, Freehold, NJ 07728-2549 |
| 519205858 | + | First Bank and Trust, PO Box 878, Perry, OK 73077-0878 |
| 519205865 | | Lincoln Automotive Fin, PO Box 650574, Dallas, TX 75265-0574 |
| 519205867 | + | Mariner Finance LLC, c/o Law Office of William E. Brewer, 1217 S Shore Road, Suite 201, PO Box 1001, Marmora, NJ 08223-5001 |
| 519233284 | + | Princeton Radiology, PO Box 956, Evansville, IN 47706-0956 |
| 519233285 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 519205879 | + | Syncb/BP/PLCC, Attn: Bankruptcy, Orlando, FL 32896-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519253133 | + | Email/Text: bnc@bass-associates.com | Sep 10 2024 21:03:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 519233860 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2024 21:15:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519205846 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2024 21:13:54 | Amex, Correspondence/Bankrutpcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519205847 | + | Email/Text: bk@avant.com | Sep 10 2024 21:05:00 | Avant, 222 North LaSalle, Suite 1700, Chicago, IL 60601-1101 |
| 519205848 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 10 2024 21:04:00 | Barclays Bank DE, attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519533441 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2024 21:03:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 519533442 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2024 21:03:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 519205855 | | Email/Text: BKY@conserve-arm.com | Sep 10 2024 21:03:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |

Case 21-13811-MBK    Doc 80    Filed 09/12/24    Entered 09/13/24 00:15:40    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: pdf905 | Total Noticed: 80 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519205851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2024 21:25:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519205850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2024 21:00:30 | Capital One, Attn: Bankrutpcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519205852 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 10 2024 21:13:32 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519208812 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 10 2024 21:15:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519216782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 10 2024 21:13:34 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519213345 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2024 21:02:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519215285 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2024 21:13:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519205854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 21:14:06 | Citibank, Citicorp Credit, Srvs/Centralized BK Dept, POB 790034, Saint Louis, MO 63179-0034 |
| 519205856 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2024 21:14:48 | Credit One Bank, Attn: Bankruptcy Dept, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519205857 | ^ | MEBN | Sep 10 2024 20:58:18 | DSRM Nat Bank/Valero, Attn: Bankrutpcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 519205860 | | Email/Text: BNSFS@capitalsvcs.com | Sep 10 2024 21:03:00 | First Savings Bank, Attn: Bankruptcy, PPO Box 5019, Sioux Falls, SD 57117 |
| 519205861 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 10 2024 21:03:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 519258262 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2024 21:04:00 | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519205859 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 10 2024 21:00:33 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520218037 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 10 2024 21:12:59 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519205862 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 10 2024 21:05:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519213273 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2024 21:14:25 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519265896 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Sep 10 2024 21:03:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield and Associates, Inc., P. O. Box 51272, Knoxville, TN 37950-1272 |
| 519205863 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 10 2024 21:05:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 519228760 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 10 2024 21:03:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 519205864 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2024 21:04:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 519205853 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2024 21:14:48 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519223383 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2024 21:25:46 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 520122973 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 21-13811-MBK    Doc 80    Filed 09/12/24    Entered 09/13/24 00:15:40    Desc Imaged
                               Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: pdf905 | Total Noticed: 80 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 520122974 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 21:12:48 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519228610 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 21:02:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519207244 | | Email/Text: EBNBKNOT@ford.com | Sep 10 2024 21:14:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519240524 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2024 21:05:00 | Lincoln Automotive Financial Services, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 519205866 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 10 2024 21:02:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519205868 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 10 2024 21:03:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519205869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2024 21:03:00 | Mariner Finance LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519230995 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2024 21:01:35 | Merrick Bank / Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519205870 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 10 2024 21:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519208677 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 10 2024 21:05:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519205871 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2024 21:05:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519205872 | + | Email/PDF: cbp@omf.com | Sep 10 2024 21:12:52 | OLLO Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 519208421 | + | Email/PDF: cbp@omf.com | Sep 10 2024 21:15:02 | OneMain Financial, Attn: Bankruptcy, POB 3251, Evansville, IN 47731-3251 |
| 519205849 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2024 21:12:52 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519233464 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2024 21:03:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296 |
| 519205873 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2024 21:03:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519584674 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2024 21:03:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 519584675 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2024 21:03:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519846678 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 21:03:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101, PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519846679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 21:14:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519246894 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 21:14:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519246363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2024 21:12:56 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519257451 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2024 21:00:36 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| | | | Sep 10 2024 21:04:00 | Premier Bankcard, LLC, Jefferson Capital Systems |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: pdf905 | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519205874 | ^ | MEBN | Sep 10 2024 20:56:10 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519205875 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 10 2024 21:05:00 | Quicken Loans / Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519225982 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 10 2024 21:05:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519205876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2024 21:13:29 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 519205878 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 10 2024 21:03:00 | State of NJ Div of Tax, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205877 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 10 2024 21:03:00 | State of NJ Div of Tax, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205880 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2024 21:01:25 | Syncb/Walmart, Attn: Bankruptcy, PO Box 96504, Orlando, FL 32896-0001 |
| 519206443 | ^ | MEBN | Sep 10 2024 21:00:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519205881 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 10 2024 21:04:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519205882 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 10 2024 21:03:00 | USAA Fedl Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519253608 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2024 21:12:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519205883 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 10 2024 21:13:57 | Wells Fargo Bank, 1 Home Campus MAC X2303-01A, 3rd floor, Des Moines, IA 50328-0001 |
| 519212594 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 10 2024 21:02:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 70

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519233861 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519233862 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519258263 | *+ | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519233286 | *+ | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 10, 2024 | Form ID: pdf905 | Total Noticed: 80 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frances A Tomes
on behalf of Debtor Kevin J. O'Connor ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;christinerk@tomeslawfirm.com

Gavin Stewart
on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com

John R. Morton, Jr.
on behalf of Creditor Lincoln Automotive Financial Services servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Lincoln Automotive Financial Services servicer for CAB EAST LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7