UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 333-0681
Attorney for Debtor

**Order Filed on October 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kevin J. O'Connor,

        Debtor.

Case No.:     21-13811

Hearing Date: October 23, 2024

Chapter:     13

Judge:     Kaplan

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is
**ORDERED**.

**DATED: October 23, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as 125 Sunnybrook Drive, Freehold, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| Name of professional: | NextHome | RE/MAX CENTRAL | Hanlon Nieman & Wright |
|---|---|---|---|
| Amount to be paid: | $16,200.00 | $15,800.00 | $1,800.00 |
| Services rendered: | Realtor | Realtor | Real Estate Attorney |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

2

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $25,150.00 claimed as exempt may be paid to the Debtor at the closing.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    NextHome The Real Estate Pros, 345 Union Hill Road, Suite A, Manalapan, NJ 07726, the listing agent, shall be paid a commission of $16,200.00 at the closing.  In the event the Order Authorizing Retention has not been entered at the time of the closing, this amount shall be held in trust by the closing agent until the Order Authorizing Retention is entered.

    RE/MAX Central, 520 US 9, Manalapan, NJ 07726, the participating firm, shall be paid a commission of $15,800.00 at the closing.  In the event the Order Authorizing Retention has not been entered at the time of the closing, this amount shall be held in trust by the closing agent until the Order Authorizing Retention is entered.

    Hanlon Niemann & Wright/Special Counsel, the attorneys representing debtor regarding the sale of debtor's real estate, shall be paid a fee of $1,800.00 at the closing.  In the event the Order Authorizing Retention has not been entered at the time of the closing, this amount shall be held in trust by the closing agent until the Order Authorizing retention is entered.

    The 14 day stay pursuant to Federal Rule of Bankruptcy Procedure 6004 (h) is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 21-13811-MBK

Kevin J. O'Connor                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 2

Date Rcvd: Oct 23, 2024                       Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin J. O'Connor, 125 Sunny Brook Drive, Freehold, NJ 07728-2929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Debtor Kevin J. O'Connor ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;christinerk@tomeslawfirm.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Lincoln Automotive Financial Services  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 23, 2024                       Form ID: pdf903                                Total Noticed: 1

U.S. Trustee

              USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

              on behalf of Creditor Lincoln Automotive Financial Services  servicer for CAB EAST LLC wcraig@egalawfirm.com,
              mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 7