| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Kevin J. O'Connor, Debtor. | Case No.: 21-13811 <br> Adversary No.: _____ <br> Chapter: 13 <br> Judge: Kaplan |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Kevin J. O'Connor, debtor
(Example: John Smith, creditor)

Old address: 125 Sunnybrook Drive
Freehold, NJ 07728

New address: 6461 US-9
Apt. 431
Howell, NJ 07731

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 1/8/2025            /s/ Frances A. Tomes, Esq.
                          Signature

rev.8/1/2021