| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kevin J. O'Connor<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7814<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–13811–MBK | | |

## Order of Discharge                                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Kevin J. O'Connor

<u>2/26/25</u>                                                                      **By the court:** <u>Michael B. Kaplan</u>
                                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin J. O'Connor  
Debtor

Case No. 21-13811-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 6  
Date Rcvd: Feb 26, 2025     Form ID: 3180W     Total Noticed: 84

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin J. O'Connor, 6461 US-9, Apt. 431, Howell, NJ 07731 |
| sp | + | Hanlon, Niemann & Wright, 3499 Route 9 North, Suite 1-F, Freehold, NJ 07728-3277 |
| cr | + | Harley-Davidson Credit Corp., POB 340514, Tampa, FL 33694-0514 |
| cr | #+ | Lincoln Automotive Financial Services, servicer fo, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| sp | + | NextHome & Marie Alfano, 345 Union Hill Road, Suite A, Manalapan, NJ 07726-1879 |
| r | + | Re/Max Central & Pierre Woozevelt, 520 US 9, Manalapan, NJ 07726-8264 |
| 519233283 | + | Centrastate Medical Center, 901 West Main Street, Freehold, NJ 07728-2549 |
| 519205858 | + | First Bank and Trust, PO Box 878, Perry, OK 73077-0878 |
| 519205865 | | Lincoln Automotive Fin, PO Box 650574, Dallas, TX 75265-0574 |
| 520492827 | + | Lincoln Automotive Financial Services, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519205867 | + | Mariner Finance LLC, c/o Law Office of William E. Brewer, 1217 S Shore Road, Suite 201, PO Box 1001, Marmora, NJ 08223-5001 |
| 519233284 | + | Princeton Radiology, PO Box 956, Evansville, IN 47706-0956 |
| 519205875 | + | Quicken Loans / Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519225982 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519233285 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 519205879 | + | Syncb/BP/PLCC, Attn: Bankruptcy, Orlando, FL 32896-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519253133 | + | EDI: BASSASSOC.COM | Feb 27 2025 01:46:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 519233860 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 21:27:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519205846 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 21:29:10 | Amex, Correspondence/Bankrutpcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519205847 | + | Email/Text: bk@avant.com | Feb 26 2025 21:15:00 | Avant, 222 North LaSalle, Suite 1700, Chicago, IL 60601-1101 |
| 519205848 | + | EDI: TSYS2 | Feb 27 2025 01:52:00 | Barclays Bank DE, attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519533441 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 26 2025 21:12:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519533442 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 26 2025 21:12:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 519205855 | | Email/Text: BKY@conserve-arm.com | Feb 26 2025 21:12:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 519205851 | + | EDI: CAPITALONE.COM | Feb 27 2025 01:52:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519205851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 21:10:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519205850 | + | EDI: CAPITALONE.COM | Feb 27 2025 01:52:00 | Capital One, Attn: Bankrutpcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519205850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 22:13:15 | Capital One, Attn: Bankrutpcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519205852 | + | EDI: CAPONEAUTO.COM | Feb 27 2025 01:52:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519205852 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 26 2025 21:27:30 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519208812 | + | EDI: AISACG.COM | Feb 27 2025 01:52:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519208812 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 03:05:08 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519216782 | + | EDI: AISACG.COM | Feb 27 2025 01:52:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519216782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 21:10:51 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519213345 | + | EDI: AIS.COM | Feb 27 2025 01:52:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213345 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 21:10:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519215285 | + | EDI: AIS.COM | Feb 27 2025 01:52:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519215285 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 21:29:10 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519205853 | + | EDI: JPMORGANCHASE | Feb 27 2025 01:46:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519205853 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2025 21:09:45 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519205854 | + | EDI: CITICORP | Feb 27 2025 01:52:00 | Citibank, Citicorp Credit, Srvs/Centralized BK Dept, POB 790034, Saint Louis, MO 63179-0034 |
| 519205856 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2025 21:27:28 | Credit One Bank, Attn: Bankruptcy Dept, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519205857 | ^ | MEBN | Feb 26 2025 21:02:13 | DSRM Nat Bank/Valero, Attn: Bankrutpcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 519205860 | | Email/Text: BNSFS@capitalsvcs.com | Feb 26 2025 21:12:00 | First Savings Bank, Attn: Bankruptcy, PPO Box 5019, Sioux Falls, SD 57117 |
| 519205861 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 26 2025 21:12:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 519258262 | + | EDI: JEFFERSONCAP.COM | Feb 27 2025 01:52:00 | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 7999, Saint Cloud MN 56302-7999 |
| 519205859 | + | EDI: AMINFOFP.COM | Feb 27 2025 01:52:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519205859 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 26 2025 21:29:18 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520218037 | + | EDI: AISACG.COM | Feb 27 2025 01:52:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520218037 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 21:27:34 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519205862 | + | EDI: PHINGENESIS | Feb 27 2025 01:52:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519213273 | + | EDI: AIS.COM | Feb 27 2025 01:52:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213273 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 21:10:58 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519265896 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 26 2025 21:12:00 | HOLMDEL PHYSICIANS ASSOCIATES, c/o Wakefield and Associates, Inc., P. O. Box 51272, Knoxville, TN 37950-1272 |
| 519205863 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 26 2025 21:15:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 519228760 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 26 2025 21:12:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 519205864 | | EDI: IRS.COM | Feb 27 2025 01:52:00 | IRS, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 519223383 | | EDI: JPMORGANCHASE | Feb 27 2025 01:46:00 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519223383 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2025 21:09:46 | JPMorgan Chase Bank, N.A., Na ional Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 520122973 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 21:10:57 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520122974 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 21:27:47 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519228610 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 21:10:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519207244 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 21:15:00 | Lincoln Automotive Financial Services, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 519240524 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2025 21:28:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519205866 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 26 2025 21:13:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 519205868 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 26 2025 21:13:00 | Mariner Finance LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519205869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2025 21:29:15 | Merrick Bank / Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519230995 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2025 21:14:00 | Midland Credit Management, Inc., PO Box 2037, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 519205870 | + | EDI: NFCU.COM | Feb 27 2025 01:52:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519208677 | + | EDI: NFCU.COM | Feb 27 2025 01:52:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519205871 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2025 21:09:42 | OLLO Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 519205872 | + | EDI: AGFINANCE.COM | Feb 27 2025 01:46:00 | OneMain Financial, Attn: Bankruptcy, POB 3251, Evansville, IN 47731-3251 |
| 519208421 | + | EDI: AGFINANCE.COM | Feb 27 2025 01:46:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519205849 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296 |
| 519233464 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519205873 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 519584674 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519584675 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2025 21:12:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101, PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519846678 | | EDI: PRA.COM | Feb 27 2025 01:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519846679 | | EDI: PRA.COM | Feb 27 2025 01:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519246894 | | EDI: PRA.COM | Feb 27 2025 01:52:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519246363 | | EDI: PRA.COM | Feb 27 2025 01:52:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519205874 | | Email/Text: ProsperBK@prosper.com | Feb 26 2025 21:14:00 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 519257451 | + | EDI: JEFFERSONCAP.COM | Feb 27 2025 01:52:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519205876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 21:27:22 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 519205878 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 26 2025 21:12:00 | State of NJ Div of Tax, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205877 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 26 2025 21:12:00 | State of NJ Div of Tax, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519205880 | + | EDI: SYNC | Feb 27 2025 01:46:00 | Syncb/Walmart, Attn: Bankruptcy, PO Box 96504, Orlando, FL 32896-0001 |
| 519205880 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 21:10:05 | Syncb/Walmart, Attn: Bankruptcy, PO Box 96504, Orlando, FL 32896-0001 |
| 519206443 | ^ | MEBN | Feb 26 2025 21:02:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519205881 | + | EDI: USBANKARS.COM | Feb 27 2025 01:52:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

Case 21-13811-MBK    Doc 108    Filed 02/28/25    Entered 03/01/25 00:18:09    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 3180W | Total Noticed: 84 |

| 519205882 | + EDI: USAA.COM | | |
|---|---|---|---|
| | | Feb 27 2025 01:46:00 | USAA Fedl Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 519253608 | + EDI: AIS.COM | | |
| | | Feb 27 2025 01:52:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519253608 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 26 2025 21:10:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519205883 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Feb 26 2025 21:28:54 | Wells Fargo Bank, 1 Home Campus MAC X2303-01A, 3rd floor, Des Moines, IA 50328-0001 |
| 519212594 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Feb 27 2025 02:44:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 82

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519233861 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519233862 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519258263 | *+ | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519233286 | *+ | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Debtor Kevin J. O'Connor ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 6 |
| Date Rcvd: Feb 26, 2025 | Form ID: 3180W | Total Noticed: 84 |

John R. Morton, Jr.
    on behalf of Creditor Lincoln Automotive Financial Services  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Lincoln Automotive Financial Services  servicer for CAB EAST LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7